UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  16-10339-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

TYRONE KALEB BRIDGEMOHAN
XXX-XX-0200

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 21st day of April, 2016.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  16-10339-BKC-EPK

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
TYRONE KALEB BRIDGEMOHAN
10947 DALMANY WAY
ROYAL PALM BEACH, FL  33411

**ATTORNEY FOR DEBTOR**
PAUL M. KLEMOW, ESQUIRE
PO BOX 16396
WEST PALM BEACH, FL  33416

**CREDITOR(S)**
FLORIDA DEPT OF ECONOMIC OPPORTUNITY
POB 5150
REEMPLOYMENT ASSISTANCE
TALLAHASSEE, FL  32314

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 12914
NORFOLK, VA  23541

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA  23541

ROBERTSON, ANSHUTZ & SCHNEID
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL  33487

SANTANDER CONSUMER USA
POB 560284
DALLAS, TX  75356

SANTANDER CONSUMER USA
POB 961245
FORT WORTH, TX  76161