UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

**In re:**

Case No: 16-10339 BKC EPK

Tyrone Kaleb Bridgemohan**,**                                    Chapter 13

    **Debtor.**
_____/

### DEBTOR'S MOTION TO REOPEN DISMISSED CHAPTER 13 CASE

COMES NOW the Debtor, Tyrone Kaleb Bridgemohan, by and through undersigned counsel, and moves for the entry of an Order Reopening the Dismissed Chapter 13 Case for the purposes of shortening the prejudice period and for cause state as follows:

1. On January 9, 2016, the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code..

2. The Debtor fell behind on the plan payments due to a very ill spouse and much emotional distress.

3. On May 13, 2016, Debtor's Chapter 13 case was dismissed with 180 days Prejudice for failure to make plan payments. [DE #37].

4. On July 25, 2016 this bankruptcy case was close. [DE #741.

5. Good cause exits to reopen this case and reduce the Prejudice Period to zero (0) days.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order Reopening the Dismissed Chapter 13 case for the purpose of shortening the prejudice period of the dismissed Chapter 13 case to zero (0) days, and for whatever further relief the Court deems just and appropriate under the circumstances.

Respectfully submitted on this 27th day of July, 2016.

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave.
Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax)
Chad@cvhlawgroup.com

By: **/s/ Chad T. Van Horn**
Chad T. Van Horn**,** Esq.
Florida Bar No. 64500