UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

**In re:**

Case No: 16-10339 BKC EPK

Tyrone Kaleb Bridgemohan**,**                            Chapter 13

    **Debtor.**
_____/

**DEBTOR'S *AMENDED* MOTIONTO REOPEN DISMISSED
CHAPTER 13 CASE AND REQUEST FOR EMERGENCY HEARING**
*(Exigent Circumstances: Lender for Debtor's Vehicle is About to Repossess
Debtor's Vehicle Which Would Cause Irreparable Harm to Debtor
As it Will Impede His Ability to Transport and Care for Ill Spouse)*

COMES NOW the Debtor, Tyrone Kaleb Bridgemohan, by and through undersigned counsel, and files this **Amended** Motion to Reopen Dismissed Chapter 13 Case and Request for Emergency Hearing, and moves for the entry of an Order Reopening the Dismissed Chapter 13 Case for the purposes of shortening the prejudice period and for cause state as follows:

1. On January 9, 2016, the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code..

2. The Debtor fell behind on the plan payments due to a very ill spouse and much emotional distress.

3. On May 13, 2016, Debtor's Chapter 13 case was dismissed with 180 days Prejudice for failure to make plan payments. [DE #37].

4. On July 25, 2016 this bankruptcy case was close. [DE #741.

5. The lender for Debtor's vehicle is threatening repossession and such repossession would greatly harm to the Debtor's ability to care for his ill spouse, which necessitated this request for Emergency Hearing.

6. Good cause exits to reopen this case and reduce the Prejudice Period to zero (0) days, and the Debtor has amended his Motion to Shorten Prejudice Period to request an emergency hearing as well.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order Reopening the Dismissed Chapter 13 case for the purpose of shortening the prejudice period of the dismissed Chapter 13 case to zero (0) days, and for whatever further relief the Court deems just and appropriate under the circumstances.

Respectfully submitted on this 22nd day of August, 2016.

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave.
Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax)
Chad@cvhlawgroup.com

By: **/s/ Chad T. Van Horn**
Chad T. Van Horn**,** Esq.
Florida Bar No. 64500