

**ORDERED in the Southern District of Florida on August 24, 2016.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

**In re:**
Tyrone Kaleb Bridgemohan**,**              Case No: 16-10339 BKC EPK
                                            Chapter 13
          **Debtor.**
_____/

**ORDER GRANTING
DEBTOR'S EMERGENCY *AMENDED*
MOTION TO REOPEN DISMISSED CHAPTER 13 CASE (DE 49)**

THS MATTER, came before the Court on August 24, 2016, at 10:30 a.m. on the Debtor's Emergency Amended Motion to Reopen Dismissed Chapter 13 Case and Request for Emergency Hearing (DE 49) (the "Motion"), and the Court having reviewed the Motion, heard argument of counsel and being otherwise fully advised, finds good cause exists to grant the Motion.  It is therefore **ORDERED:**

1.   The Debtor's Emergency Amended Motion to Reopen Dismissed Chapter 13 case is **GRANTED**; and

2.	The Debtor's Chapter 13 case is reopened for the purpose of shortening the prejudice period to file a new Chapter 13 Bankruptcy case.

*# # #*

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all creditors and parties-in-interest and to file a Certificate of Service as to same).*