

**ORDERED in the Southern District of Florida on August 24, 2016.**

                              **Erik P. Kimball, Judge**
                              **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

**In re:**
Tyrone Kaleb Bridgemohan**,**                  Case No: 16-10339 BKC EPK
                                                    Chapter 13
        **Debtor.**
_____/

**ORDER GRANTING**
**DEBTOR'S EMERGENCY *AMENDED* MOTION TO**
**SHORTEN PREJUDICE PERIOD OF DISMISSED CHAPTER 13 CASE (DE 50)**

THS MATTER, came before the Court on August 24, 2016, at 10:30 a.m. on the Debtor's Emergency Amended Motion to Shorten Prejudice Period of Dismissed Chapter 13 Case and Request for Emergency Hearing (DE 50) (the "Motion"), and the Court having reviewed the Motion, heard argument of counsel and being otherwise fully advised, finds good cause exists to grant the Motion. It is therefore **ORDERED:**

    1.    The Debtor's Emergency Amended Motion to Shorten Prejudice Period of Dismissed Chapter 13 case is **GRANTED**; and

2. Debtor is granted relief from the prejudice period imposed by this Court's dismissal Order, ECF 37, such that they are entitled to file a new bankruptcy case immediately.

3. Should Debtor file a Chapter 13 proceeding, the cure period for all secured claims in their Chapter 13 plan shall not exceed January, 2021.

4. Any payments made pursuant to Debtors' Chapter 13 plan in such subsequent case will be vested immediately.

# # #

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all creditors and parties-in-interest and to file a Certificate of Service as to same).*