**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

**In re:**
Tyrone Kaleb Bridgemohan**,**                           Case No: 16-10339 BKC EPK
                                                        Chapter 13
            **Debtor.**
_____/

**CERTIFICATE OF SERVICE FOR ORDER GRANTING
DEBTOR'S EMERGENCY *AMENDED* MOTION TO SHORTEN PREJUDICE PERIOD
OF DISMISSED CHAPTER 13 CASE [DE57]**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 22nd day of August, 2016, on the following, in the manner so stated:

**VIA CM/ECF**
Office of the US Trustee                    USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner                              ecf@ch13weiner.com;ecf2@ch13weiner.com

Alicia M Battern on behalf of               abattern@rasflaw.com, bkyecf@rasflaw.com;
Creditor U.S. Bank National Association     Ras@ecf.courtdrive.com

**VIA U.S. MAIL**

All creditors on the attached mailing matrix

Dated this 24th day of August, 2016.

                                            **VAN HORN LAW GROUP, P.A.**
                                            330 N Andrews Ave., Suite 450
                                            Fort Lauderdale, FL 33301
                                            Telephone: (954) 765-3166
                                            Facsimile: (954) 756-7103
                                            Email: Chad@cvhlawgroup.com

                                            By: /s/  **Chad T. Van Horn, Esq.**
                                                Chad T. Van Horn, Esq.
                                                Florida Bar No. 64500

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 16-10339-EPK<br>Southern District of Florida<br>West Palm Beach<br>Mon Aug 22 16:33:38 EDT 2016 | CAC Financial Corp<br>Representing Palm Beach Gen Surgery LLC<br>2601 NW Expressway #1000 East<br>Oklahoma City, OK 73112-7236 | Diversified Consultant<br>Representing: Sprint<br>10550 Deerfield Park Blvd<br>Jacksonville, FL 32256 |
| Finance Depot<br>15859 South Ridgeland Ave<br>Oak Forest, IL 60452-2782 | Florida Dept of Economic Opportunity<br>Reemployment Assistance<br>POB 5150<br>Tallahassee, FL 32314-5150 | Home Depot/CBNA<br>POB 6497<br>Sioux Falls, SD 57117-6497 |
| IC System Inc<br>Rrepresenting ATT<br>POB 64886<br>Saint Paul, MN 55164-0886 | IC System, Inc<br>Representing ATT Uverse<br>444 Hwy 96 East<br>POB 64794<br>Saint Paul, MN 55164-0794 | OCWEN Loan<br>1661 Worthington RD<br>West Palm Beach, FL 33409-6493 |
| Ocwen Loan Servicing, LLC<br>POB 24738<br>West Palm Beach, FL 33416-4738 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Portfolio Recovery Assoc, LLC<br>140 Corporate Way<br>Norfolk, VA 23502-4952 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Santander Consumer USA<br>Representing Braham Honda<br>POB 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA, Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 |
| US Bank, National Association, as Trustee<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 24605<br>West Palm Beach, FL 33416-4605 | Chad T Van Horn<br>330 N Andrews Ave #450<br>Ft Lauderdale, FL 33301-1012 | Paul M. Klemow<br>PO Box 16396<br>West Palm Beach, FL 33416-6396 |
| Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | Tyrone Kaleb Bridgemohan<br>10947 Dalmany Way<br>Royal Palm Beach, FL 33411-4011 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Case 16-10339-EPK    Doc 59    Filed 08/24/16    Page 2 of 3

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association          (u)West Palm Beach          End of Label Matrix
                                                                        Mailable recipients    19
                                                                        Bypassed recipients     2
                                                                        Total                  21